# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OSVALDO LOPEZ, JR.,

    Plaintiff,

v.

STATE OF NEVADA,

    Defendant.

Case No. 2:10-CV-00718-KJD-LRL

**ORDER**

    Plaintiff has submitted a pleading titled "Notice of Intent". Plaintiff neither submitted an application to proceed *in forma pauperis* nor paid the $350.00 filing fee for a civil action. Plaintiff also failed to include any factual allegations supporting an action under 42 U.S.C. § 1983.

    To bring a civil rights action, Plaintiff either must pay the $350.00 filing fee or submit a properly completed application to proceed *in forma pauperis*. Pursuant to Local Rule LSR 1-1, a pauper application must be submitted on the Court's required form. Further, under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, a properly completed application requires both: (a) an inmate account statement; and (b) a financial certificate properly completed for a civil rights action.

    Accordingly, IT IS HEREBY ORDERED that this action shall be **DISMISSED without prejudice**;

1  IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff two copies each
2 of a civil rights complaint form and an application form to proceed *in forma pauperis* for
3 incarcerated persons.  The Clerk shall return a copy of the document that Plaintiff filed in this action.
4  DATED this 2nd day of June 2010.

_____
Kent J. Dawson
United States District Judge